# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-955-450**

**Effective Date of Registration:**
April 08, 2015

## Title

**Title of Work:** Group Registration Photos, Joe Myeress 2009, Published approx. Jan. 03, 2009 to Nov. 07, 2009; 59 photos.

**Content Title:** IMG_0997 (published January 03, 2009); IMG_1038b, IMG_1063, IMG_1002b, IMG_1011, IMG_1082b2, IMG_1036, IMG_1082b (published approx. January 03, 2009); IMG_0241_2_3, IMG_0384, IMG_0389, IMG_0390, IMG_0390b, IMG_0398, IMG_0405, IMG_0408, IMG_0413, IMG_0420, aaa_nite, IMG_3145, IMG_3138, blueprint, IMG_0219, IMG_0221_2_3, IMG_0221_2_3c, IMG_0240, IMG_3146 (published approx. March 01, 2009); IMG_3277_5_6b, IMG_3264 (published approx. March 21, 2009); IMG_0335b, IMG_0338 (published approx. April 01, 2009); IMG_3628 (published approx. May 16, 2009); IMG_0850, IMG_0822, IMG_0572, IMG_0850_1_2b, IMG_0834 (published approx. August 01, 2009); IMG_0959c, IMG_0991, IMG_0984b, IMG_0965, IMG_0959d_4x6 (published approx. September 01, 2009); IMG_1210b, IMG_1605b, IMG_1692, IMG_1698, IMG_1734, IMG_1800, IMG_1801, IMG_1801b, IMG_1825b, IMG_1870b, IMG_1876, IMG_1884, IMG_1916-2, IMG_1951b, IMG_1967 (published approx. October 15, 2009); IMG_2040, IMG_2117b (published approx. November 07, 2009).

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** January 03, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Joe Myeress
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1963

## Copyright Claimant

**Copyright Claimant:** Joe Myeress
21 St John Ct, Bogart, GA 30622, United States

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Joe Myeress |
| **Email:** | joemyeress@gmail.com |
| **Telephone:** | (706)202-7719 |
| **Address:** | 21 St John Ct |
|  | Bogart, GA 30622  United States |

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | April 08, 2015 |
| **Applicant's Tracking Number:** | USCO-00034 |

**Copyright Office notes:** Regarding registration of multiple works: Publication date is a range from 1/3/09 to 11/7/09

